MAX S. KORN, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

SAME, Respondent, *v.* THE SAME, Appellants.

(Argued December 4, 1891; decided December 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon orders made March 13, 1891, which affirmed a judgment in favor of plaintiff entered upon decisions of the court on trial at Special Term.

*Brainard Tolles* for appellants.

*George Zabriskie* for respondent.

Agree to affirm; no opinion.
All concur.
Judgments affirmed.